454 A.2d 167

Commonwealth v. Ryan, Appellant.

Petition for Allowance of Appeal
Denied March 14, 1983.

Submitted April 26, 1982.  Donald R. Calaiaro, Assistant Public Defender, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, MONTEMURO and POPOVICH, JJ.

Order affirmed.